**Denied and Opinion Filed November 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00964-CV

## IN RE COMMONWEALTH ENTERTAINMENT GROUP LLC FORMERLY D/B/A BUNGALOW NOW D/B/A XOXO SOCIAL, Relator

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-16251**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

In its November 6, 2020 petition for writ of mandamus and emergency motion for temporary relief, relator challenges the trial court's determination not to extend a temporary restraining order enjoining real parties in interest from enforcing their emergency suspension order. On November 10, 2020, relator filed a motion to dismiss, advising us that the administrative law judge has issued a ruling rendering this original proceeding moot. We grant the motion and dismiss the petition. Having

dismissed the petition, we also deny the emergency motion as moot.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200964F.P05